SCPW-19-0000027

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GALINA OGEONE, Petitioner,

vs.

THE HONORABLE DEAN OCHIAI, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

DENTIST LESLIE AU, Respondent.

---

ORIGINAL PROCEEDING
(CAAP-18-0000190; CAAP-18-0000951; CIV. NO. 18-1-000076)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Galina Ogeone's petition for writ of mandamus, filed on January 7, 2019, the documents submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that she has a clear and indisputable right to the requested relief or that she lacks alternative means to seek relief. Petitioner is not entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack

of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, January 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson